# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 15, 2015

## NO. 03-15-00022-CV

**Beacon Hill Staffing Group, LLC; Cody Cox; and Brannon Ross, Appellants**

**v.**

**Kforce, Inc., Appellee**

**APPEAL FROM 98TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD**
**DISMISSED ON JOINT MOTION -- OPINION BY CHIEF JUSTICE ROSE**

This is an appeal from the order signed by the district court on December 19, 2014. The parties have filed a joint motion to dismiss the appeal with prejudice, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall pay the costs of the appeal incurred by that party, both in this Court and the court below.